AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

**DISTRICT OF** MASSACHUSETTS

UNITED STATES OF AMERICA

V.

Alejandro Rodriguez, a/k/a "Flaco"
102 Chester Street
Allston, MA

(Name and Address of Defendant)

**CRIMINAL COMPLAINT**

CASE NUMBER: 05m - 1151 - JGD

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __July 2004 to the present__ in __Suffolk__ county, in the _____ District of __Massachusetts__ defendant(s) did, (Track Statutory Language of Offense) conspire with Umberto Medrano, Luis Vizcarra, Jorge Tirado, and Alejandro Garcilia, and others to distrbute cocaine

in violation of Title __21__ United States Code, Section(s) __846 and 841(a)(1)__ .

I further state that I am a(n) __FBI Special Agent__ and that this complaint is based on the following
                                    Official Title
facts:

see attached affidavit

Continued on the attached sheet and made a part hereof:   ☒ Yes   ☐ No

_S. Vincent M. Chambers_
Signature of Complainant

Sworn to before me and subscribed in my presence,

9-11-05 at 5:50 pm                  at  North Reading, Massachusetts
Date                                     City and State

Rober B. Collings, U.S. Magistrate Judge        _signature_
Name & Title of Judicial Officer                Signature of Judicial Officer

This form was electronically produced by Elite Federal Forms, Inc.

%JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |

**Place of Offense:**      Category No. <u>II</u>      Investigating Agency <u>DEA</u>

**City** <u>Allston, Jamaica Plain</u>      **Related Case Information:**

**County** <u>Suffolk</u>

Superseding Ind./ Inf. _____ Case No. _____
Same Defendant _____ New Defendant <u>X</u>
Magistrate Judge Case Number _____
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name <u>Alejandro Rodriguez</u>      Juvenile:    ☐ Yes    X No

Alias Name _____

Address <u>102 Chester Street, Allston, Massachusetts</u>

Birthdate: _____ SS # _____ Sex: <u>Male</u> Race: <u>Hispanic</u> Nationalit <u>Mexican</u>

**Defense Counsel if known:** _____ Address _____

Bar Number _____

**U.S. Attorney Information:**

AUSA <u>William Connolly</u>      Bar Number if applicable _____

**Interpreter:**    X Yes    No      List language and/or dialect:    <u>Spanish</u>

**Matter to be SEALED:**    X Yes    No

     X Warrant Requested      ☐ Regular Process      In Custody

**Location Status:**

Arrest Date _____

     Already in Federal Custody as of _____ in _____ .
☐ Already in State Custody at _____ ☐ Serving Sentence    ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by: _____ on _____

**Charging Document:**    X Complaint    ☐ Information      Indictment

**Total # of Counts:**    ☐ Petty _____ ☐ Misdemeanor _____ X Felony <u>1</u>

Continue on Page 2 for Entry of U.S.C. Citations

X    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: <u>September 12, 2005</u>      Signature of AUSA: _____

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**    Alejandro Rodriguez

### U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 21 U.S.C. § 846 | conspiracy to distribute cocaine | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____