UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) M.J. No. 05m-1151-JGD |
| v. | ) |
| ALEJANDRO RODRIGUEZ | ) |

GOVERNMENT'S MOTION TO UNSEAL

The United States hereby moves to unseal the complaint in the above captioned matter. In support of this motion, the government states that the complaint was sealed on or about September 11, 2005, so that no public disclosure of the filing the complaint would impede attempts to arrest the defendant. Since the defendant has now been arrested, the government asks that the complaint be unsealed.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: /s/ PETER K. LEVITT
Assistant U.S. Attorney

September 14, 2005

[Handwritten stamp: Dana M.J. / MOTION ALLOWED / By the Court / Thomas K. [signature] / Deputy Clerk / 9/14/5]